# CRIMINAL COMPLAINT

## United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
Miguel Angel Marquez-Martinez
DOB: XX/XX/1985; **Citizen of** Mexico;
A#: 087 903 011

**DOCKET NO.**

**MAGISTRATE'S CASE NO.**

13-05323M

**Complaint for violation of Title** 8 **United States Code §** 1326(b)(2)

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| | UNITED STATES MAGISTRATE JUDGE | TUCSON, ARIZONA |

| DATE OF OFFENSE ON OR ABOUT | PLACE OF OFFENSE AT OR NEAR | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| February 20, 2013 | Nogales | Districto Federal, Mexico |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 20, 2013 at or near Nogales, in the District of Arizona, Miguel Angel Marquez-Martinez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Laredo, Texas on February 5, 2013 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code§ 1326, enhanced by Title 8, United States Code§ 1326(b)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Miguel Angel Marquez-Martinez is a citizen of Mexico. On February 5, 2013, Miguel Angel Marquez-Martinez was lawfully denied admission, excluded, deported, and removed from the United States through Laredo, Texas. On February 20, 2013, agents found Miguel Angel Marquez-Martinez in the United States at or near Nogales, Arizona without the proper immigration documents. Miguel Angel Marquez-Martinez did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA  Liza Granoff

Sworn to before me and subscribed in my presence.

**SIGNATURE OF MAGISTRATE JUDGE**
Leslie A. Bowman

**SIGNATURE OF COMPLAINANT**
Caitlin Werner
**OFFICIAL TITLE**
U.S. Border Patrol Agent

**DATE** February 22, 2013

1) See Federal rules of Criminal Procedure Rules 3 and 54