JOHN S. LEONARDO
United States Attorney
District of Arizona
JOHN R. EVANS
Assistant U.S. Attorney
State Bar No. 005797
United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: john.evans2@usdoj.gov
Attorneys for Plaintiff

FILED___ ___LODGED
___RECEIVED___COPY

2013 MAR 20 P 4: 09

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR13-446 TUC JGZ (BGM) |
| Plaintiff, | |
| v. | **I N D I C T M E N T** |
| Miguel Angel Marquez-Martinez, aka Miguel A. Marquez, | Violations: 8 U.S.C. § 1326 (enhanced by 8 U.S.C. § 1326(b)(2)) |
| Defendant. | (Re-Entry After Deportation) |

**THE GRAND JURY CHARGES:**

On or about February 20, 2013, at or near Nogales, in the District of Arizona, Miguel Angel Marquez-Martinez, aka Miguel A. Marquez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Laredo, Texas, on or about February 5, 2013, and not having obtained the express consent of the Attorney General or the Secretary of the Department of

/ / /

1  Homeland Security to reapply for admission thereto; in violation of Title 8, United States
2  Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

3                                           A TRUE BILL

4
                                        /S/
5                                  Presiding Juror

6  JOHN S. LEONARDO                                      MAR 20 2013
   United States Attorney
7  District of Arizona

8          /S/

9  Assistant U.S. Attorney

10

United States vs. **Miguel Angel Marquez-Martinez**
Indictment Page 2